527 A.2d 1007

**Felice SILVESTRI and Concettina Silvestri, Appellants,**

**v.**

**GERMANTOWN HOSPITAL, R.M. Shoemaker Co., and Strescon Industries, Inc., Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1986.

Decided July 2, 1987.

Herman Bloom, Michael F. Eichert, Philadelphia, for appellants.

Sally J. Caldwell, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The order of the Superior Court is hereby affirmed.

LARSEN and HUTCHINSON, JJ., dissent.